**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

SALLIE POWELL

    VS                                                      CASE NO.   4:20-cv-00404-RH-MJF

HOSPITAL HOUSEKEEPING
SYSTEMS LLC

**JUDGMENT**

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice. The court reserves jurisdiction to enforce the order to comply with the settlement agreement.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

 December 9, 2020                s/Betsy Breeden
DATE                                   Deputy Clerk: Betsy Breeden